946

No. 93–351. WHITE *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 93–353. HALE ET AL. *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 93–355. COSGRIFF *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–357. KRUEGER ET AL. *v.* FUHR. C. A. 8th Cir. Certiorari denied. ▮

No. 93–358. JONES ET AL. *v.* CATERPILLAR INC. App. Ct. Ill., 4th Dist. Certiorari denied. ▮

No. 93–359. SMITH *v.* CITY OF DEL MAR. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–360. NOBLES *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮

No. 93–363. BEAVERS *v.* NEVADA DEPARTMENT OF MOTOR VEHICLES AND PUBLIC SAFETY. Sup. Ct. Nev. Certiorari denied. ▮

No. 93–364. FRAZIER *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 93–365. BOWEN *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. ▮

No. 93–371. BARNES *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮

No. 93–378. NORTH CAROLINA ASSOCIATION OF ELECTRONIC TAX FILERS, INC., ET AL. *v.* GRAHAM, COMMISSIONER OF BANKS, NORTH CAROLINA BANKING COMMISSION. Sup. Ct. N. C. Certiorari denied. ▮

No. 93–379. VANDERVELDEN *v.* VICTORIA. Ct. App. Wis. Certiorari denied. ▮